IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ROBERT WARNER,

    Plaintiff,

v.

MESSER LLC,

    Defendant.

Civil Action No.
4:20-cv-00277-HLM-WEJ

JURY TRIAL DEMANDED

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Robert Warner and Defendant Messer LLC, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of all claims in the above captioned action.  All parties agree to pay their own costs and fees associated with this dismissal.

*[Signatures on following page.]*

1

2

Respectfully submitted this 7th day of October, 2021.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504
*Attorney for Plaintiff*
1100 Peachtree Street, Suite 500
Atlanta, Georgia 30309
(404) 214-0120
severin@justiceatwork.com

**JACKSON LEWIS P.C.**

s/ *Adriana R. Midence*
Adriana R. Midence
Georgia Bar No. 142298
Claire E. Fyvolent
Georgia Bar No. 608835
*Attorneys for Defendant*
171 17th Street, N. W., Ste 1200
Atlanta, Georgia 30363
(404) 525-8200
Adriana.Midence@jacksonlewis.com
Claire.Fyvolent@jacksonlewis.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

ROBERT WARNER,

    Plaintiff,

v.

MESSER LLC,

    Defendant.

Civil Action No.
4:20-cv-00277-HLM-WEJ

JURY TRIAL DEMANDED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, I electronically filed the foregoing *Stipulation of Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

Respectfully submitted this 7th day of October, 2021.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

3